**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2021

**SO ORDERED**

The VOSR conference scheduled for April 21, 2021 at 10:00 a.m. is adjourned to April 28, 2021 at 10:00 a.m.

*[signature]*
HON. GEORGE B. DANIELS

**BY CM/ECF**
The Hon. George B. Daniels
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007

APR 2 0 2021

Re:   *United States v. Sharmon Howell*, **09 Cr. 145 (GBD)**

Dear Judge Daniels:

The Government writes with the consent of defendant Sharmon Howell to respectfully request a one-week adjournment of the violation of supervised release conference currently scheduled for April 21, 2021, at 10:00 a.m.

On February 20, 2019, Howell finished serving a 120-month term of imprisonment following his conviction on one count of bank fraud, in violation of 18 U.S.C. § 1344, and began serving a 48-month term of supervised release. On November 30, 2020, the Probation Office submitted a violation report alleging five violations of supervised release. The specifications against Howell concern allegations of wire fraud, opening a line of credit without authorization, associating with a felon, leaving the judicial district, and failure to pay restitution. On January 12, 2021, the Court held a conference at which Howell was advised of the specifications, and scheduled another conference for March 3, 2021. That conference was subsequently adjourned to April 21, 2021, at 10:00 a.m.

On March 1, 2021, the Probation Office submitting an amended report that included two additional violations alleging that Howell submitted fraudulent claims for small business loans in July 2020 and September 2020. On April 19, 2021, the Probation Office submitted a supplemental status report describing additional concerning conduct and acts of non-compliance. As a result, the Government and the Probation Office are seeking to modify the defendant's conditions of release to require home detention enforced by location monitoring.

The Government respectfully requests a one-week adjournment of the conference scheduled for April 21, 2021. An adjournment will permit the parties additional time to discuss a prehearing resolution to the specifications against Howell, which included multiple allegations of

Page 2

fraud, and an agreement on revised conditions of release. Defense counsel consents to this request for an adjournment.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

Cc: Steve Zissou, Esq. (by CM/ECF)
     Probation Officer Margaret Carroll (SDNY) (via email)
     Probation Officer Ryan Lehr (EDNY) (via email)