**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2021

**BY CM/ECF**
The Hon. George B. Daniels
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007

APR 27 2021

SO ORDERED

The status conference is scheduled for April 28, 2021 at 10:00 is adjourned to June 3, 2021 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

**Re:   *United States v. Sharmon Howell*, 09 Cr. 145 (GBD)**

Dear Judge Daniels:

The Government writes with the consent of defendant Sharmon Howell to respectfully request a 30-day adjournment of the violation of supervised release conference currently scheduled for April 28, 2021, at 10:00 a.m.

A conference is currently scheduled for April 28, 2021, to address: (1) the Government and Probation Office's request for a modification of the defendant's conditions of supervised release to include home detention enforced by GPS monitoring; and (2) the status of the pending violations against the defendant. The Government and the defense understand that the first topic – the modification of release conditions – may be resolved by an order of the Court prior to the conference.

To the extent the bail modification is resolved prior to the conference or may be resolved without the need for a conference, the Government and the defense respectfully request a 30-day adjournment of the conference scheduled for April 26, 2021. The parties have been actively engaged in discussions about a prehearing resolution to the specifications against Howell. An adjournment will permit the parties additional time to discuss a prehearing resolution to the specifications against Howell, which included multiple allegations of fraud. Defense counsel consents to this request for an adjournment. Defense counsel respectfully notes that, if the Court grants the request for an adjournment, defense counsel is available for a video or telephonic

conference at any time but is only available for an in-person conference after mid-June 2021 due to previously scheduled travel.

Respectfully submitted,

AUDREY STRAUSS  
United States Attorney for the  
Southern District of New York

By: _____  
Kedar S. Bhatia  
Assistant United States Attorney  
(212) 637-2465

Cc:   Steve Zissou, Esq. (by CM/ECF)  
      Probation Officer Margaret Carroll (SDNY) (via email)  
      Probation Officer Ryan Lehr (EDNY) (via email)