**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-                           ORDER

SHARMON HOLWELL,              09 Crim. 145-1 (GBD)

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from June 2, 2021 until July 7, 2021 at 10:00 a.m.

Dated: New York, New York
       June 1, 2021

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge