

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2021

**BY CM/ECF**
The Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The status conference is adjourned from June 2, 2021 to July 7, 2021 at 10:00 a.m.

*/s/ George B. Daniels*
GEORGE B. DANIELS

JUN 0 1 2021

Re: *United States v. Sharmon Howell*, 09 Cr. 145 (GBD)

Dear Judge Daniels:

The Government writes with the consent of defendant Sharmon Howell respectfully to request a 30-day adjournment of the violation of supervised release conference currently scheduled for June 2, 2021, at 10:00 a.m.

The specifications against Howell concern multiple allegations of wire fraud, opening a line of credit without authorization, associating with a felon, leaving the judicial district, and failure to pay restitution. The parties have been actively engaged in discussions about a prehearing resolution to the specifications against Howell, including this past weekend. An adjournment will permit the parties additional time to discuss a prehearing resolution to the specifications against Howell, which has taken time given the large number of specifications. If the parties are unable to reach a resolution within the next 30 days, the parties will write again about the need to schedule a hearing to resolve the specifications. Defense counsel consents to this request for an adjournment.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: */s/ Michael R. Herman*
Kedar S. Bhatia
Michael R. Herman
Assistant United States Attorney
(212) 637-2465 / -2221

Cc: Steve Zissou, Esq. (by CM/ECF)
Probation Officer Margaret Carroll (SDNY) (via email)
Probation Officer Ryan Lehr (EDNY) (via email)