UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

SHARMON HOLWELL,

                                Defendant.

------------------------------------------------------------x

ORDER

09 Crim. 145-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference on July 7, 2021 is rescheduled from 10:00 am to 11:00 a.m. This conference will proceed live.

Dated: New York, New York
       July 6, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge