**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2022

SO ORDERED

**BY CM/ECF**
The Hon. George B. Daniels
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007

The hearing scheduled for January 25, 2022 is adjourned to March 15, 2022 at 10:00 a.m.

George B. Daniels

**Re:   *United States v. Sharmon Howell*, 09 Cr. 145 (GBD)**

Dear Judge Daniels:

   The Government respectfully writes on behalf of the parties to jointly request a 45-day adjournment of the violation of supervised release hearing currently scheduled in this matter for January 25, 2022.

   At a conference on October 27, 2021, Howell requested and was granted new CJA counsel. The Government understands that Howell is seeking to retain a particular attorney of his choosing to counsel him with regard to the pending violation of supervised release proceeding. Howell's efforts to retain new counsel have also limited the discussions that the Government and existing counsel have had regarding a possible pretrial resolution of this matter.

   The Government respectfully requests a 45-day adjournment of the conference scheduled for January 25, 2022. While this matter has been pending for too long, the Government believes an adjournment is necessary for Howell to be properly represented in this violation proceeding where he is facing serious fraud allegations and, if found to have committed those fraud offenses, a substantial term of imprisonment. An adjournment will permit Howell time to retain counsel of his choosing and permit the parties additional time to discuss a prehearing resolution to the

Page 2

specifications against Howell. The defendant join in the request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

Cc: Aaron Mysliwiec, Esq. (by CM/ECF)