USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 22 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

SHARMON HOLWELL,

                           Defendant.
------------------------------------ x

ORDER

09 Crim. 145-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the open motions at ECF Nos. 129 (motion to reschedule hearing) and 136 (motion to appoint counsel and reschedule hearing) as having been resolved at a prior conference.

Dated: New York, New York
       February 22, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge