UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
    -against-                            :      ORDER
                                         :
SHARMON HOLWELL,                         :      09 Crim. 145 (GBD)
                                         :
                         Defendant.      :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The hearing scheduled for May 17, 2022 is adjourned to August 3, 2022 at 10:00 a.m.

Dated: May 16, 2022
       New York, New York

                                       SO ORDERED.

                                       *George B. Daniels* (signature)
                                       GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE