UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

SHARMON HOLWELL,

                         Defendant.

------------------------------------- x

ORDER

09 Crim. 145-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Clerk of the Court is directed to close the open motion at ECF No. 143 (motion for adjournment) as having been resolved by this Court's order at ECF No. 144.

Dated: May 24, 2022
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge