UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

SHARMON HOLWELL,

                              Defendant.

------------------------------------- x

ORDER

09 Crim. 145-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of Defendant's plea of guilty to Specifications 1, 2, 5, 6 and 7 of the Third Amended Violation Report, the violation of supervised release revocation hearing scheduled for September 13, 2022 is canceled.

The Clerk of the Court is directed to close the open motions at ECF Nos. 149, 151 and 154 as having been resolved by this Court during proceedings held on September 12, 2022.

Dated: September 12, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge