
Miedel & Mysliwiec LLP

December 16, 2022

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DEC 21 2022

Re:   *United States v. Sharmon Howell a/k/a Sharmon Wade*, 09 Cr. 145 (GBD)

Dear Judge Daniels:

I represent Sharmon Wade in the above-captioned case. Mr. Wade is currently scheduled to appear before the Court for sentencing on January 18, 2023, after pleading guilty to violations of his supervised release.

I write respectfully to request that the Court adjourn the deadline for the parties to make their sentencing submissions to January 6, 2023. The government, through AUSA Adam Sowlati, informed me it has no objection to this request.

Thank you for the Court's consideration.

Respectfully submitted,

*[signature]*

Aaron Mysliwiec, Esq.
*Attorney for Sharmon Wade*

cc:   Counsel of record (via ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com