**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

          -against-

SHARMON HOLWELL,

                 Defendant.

------------------------------------- x

ORDER

09 Crim. 145-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

At the parties' request, the sentencing scheduled for January 18, 2023 is adjourned to February 15, 2023 at 10:00 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 163.

Dated: January 17, 2023
       New York, New York

SO ORDERED.

_George B. Daniel_
GEORGE B. DANIELS
United States District Judge