

# MM
Miedel & Mysliwiec LLP

February 22, 2023

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 28 2023

Re: *United States v. Sharmon Howell a/k/a Sharmon Wade*, 09 Cr. 145 (GBD)

Dear Judge Daniels:

I represent Sharmon Wade in the above-captioned case. On February 15, 2023, Your Honor sentenced Mr. Wade to a term of imprisonment of one year and one day in connection with admitted violations of supervised release. The Court directed Mr. Wade to surrender at his BOP facility of designation on March 1, 2023.

I write respectfully to request an adjournment of Mr. Wade's surrender date by one week, to March 8, 2023. There are two reasons for this request. Firstly, Mr. Wade needs additional time to move his belongings out of his current apartment and into long-term storage before surrendering to serve his sentence. Second, Mr. Wade's next meeting with New York State parole is scheduled for March 2, 2023; he wishes to appear at this meeting.

Accordingly, and with the representation that if the Court grants this request, Mr. Wade will not ask for a further adjournment of his surrender date, I respectfully request that the Court adjourn Mr. Wade's surrender date to March 8, 2023. The government, through AUSA Adam Sowlati, informed me it opposes this request.

Thank you for the Court's consideration.

Respectfully submitted,

Aaron Mysliwiec, Esq.
*Attorney for Sharmon Wade*

cc: Counsel of record (via ECF)