**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

SHARMON HOLWELL,
                   Defendant.

                       ORDER

           9 Crim. 145 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

On September 30, 2024, the Government filed a motion for discovery of the probation

office's file (ECF No. 174.) This Court granted the Government's request on October 1, 2024

(ECF No. 175.) The Clerk of Court is directed to close the open motion at ECF No. 174.

Dated: May 14, 2025
      New York, New York

                              SO ORDERED.

                              *George B Daniels*

                              GEORGE B. DANIELS
                              United States District Judge