**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

May 14, 2025

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 15 2025

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

Re:   United States v. Sharmon Holwell
      09 Cr. 145 (GBD)

Dear Judge Daniels:

Defendant Sharmon Holwell's ("Holwell") will be sentenced by the Court on May 21, 2025. During the last conference when the Court set the sentencing date, the Court informed Holwell that he would likely commence his sentence on that date. Howell has been undergoing a serious dental procedure that includes the extraction of numerous teeth. More extractions are scheduled for May 19, 2025 and then dentures will be implanted over approximately the next two months. A letter confirming the procedure and its timing is attached as Exhibit A. For this reason, Howell respectfully requests that he be permitted to self-surrender on July 21, 2025 for the sentence the Court will impose at the sentencing hearing. The government, by Assistant United States Attorney Daniel Roque, and Probation, by United States Probation Officer Michael Estreicher, do not oppose this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Daniel Roque (by ECF)
      USPO Micheal Estreicher (by email)