UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,

    -against-

                                                   ORDER

SHARMON HOLWELL,                       9 Crim. 145 (GBD)
              Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

On September 4, 2024, Defendant appeared before this Court for a preliminary revocation of supervised release hearing. The Clerk of Court is directed to reopen the case until the resolution of the revocation proceedings.

Dated: May 14, 2025
       New York, New York

                                              SO ORDERED.

                                              *[signature: George B. Daniels]*
                                              GEORGE B. DANIELS
                                              United States District Judge