UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

SHARMON HOLWELL,
                Defendant.

ORDER

9 Crim. 145 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    On September 4, 2024, Defendant appeared before this Court for a preliminary revocation of supervised release hearing. On May 14, 2025, this Court directed the Clerk of Court to reopen the case until the resolution of the revocation proceedings. On May 21, 2025, this Court issued a Judgment, concluding the revocation of supervised release proceedings. The Clerk of Court is directed to close the case accordingly.

Dated: May 21, 2025
      New York, New York

                                               SO ORDERED.

                                               *George B. Daniels*
                                               GEORGE B. DANIELS
                                               United States District Judge