UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

-against-

SHARMON HOLWELL,
                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

9 Crim. 145 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court is in receipt of Defendant's letter request to extend his deadline to surrender to the Bureau of Prisons due to ongoing health treatments. Defendant's surrender date is extended from July 21, 2025 to August 20, 2025.

Dated: July 14, 2025
       New York, New York

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       United States District Judge