UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

SHARMON HOLWELL,
               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

9 Crim. 145 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court is in receipt of Defendant's second letter request to extend his deadline to surrender to the Bureau of Prisons. Defendant's surrender date is extended from August 20, 2025 to on or before September 22, 2025.

Dated: August 19, 2025
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge