UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

SHARMON HOLWELL,

                    Defendant.
------------------------------------x

ORDER

9 Cr. 00145 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court is in receipt of Defendant's third letter request to extend his deadline to surrender to the Bureau of Prisons. Defendant's request is DENIED.

Dated: September 22, 2025
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge